UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CR-45-TAV-CCS-14 |
| | ) | |
| CASSAUNDRIA NICHOLE SWEAT, | ) | |
| | ) | |
| Defendant. | ) | |

# **MEMORANDUM OPINION AND ORDER**

This criminal case is before the Court on the defendant's *pro se* motion for early termination of supervised release [Doc. 1687]. On October 9, 2013, this Court sentenced the defendant to a term of imprisonment of seventy-five months, followed by a three-year term of supervised release for her conviction of conspiracy to manufacture five grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B) [Doc. 664]. On June 4, 2015, the Court reduced the defendant's sentence to thirty-two months' imprisonment [Doc. 1443].

Section 3583(e)(1), United States Code, title 18, provides that:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)--
>
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied

> that such action is warranted by the conduct of the defendant released and the interest of justice[.]

18 U.S.C. § 3583(e)(1).

In support of her motion for early termination of supervised release, the defendant asserts that she struggled with drug addiction for many years, but she has made significant changes in her life since her arrest. The defendant has four children, and she has lost custody of three of her children due to her drug abuse. She recently became reconciled with her youngest daughter, and they are beginning to build a relationship. The defendant states that she no longer associates with drug users, and she has passed every drug screen during her term of supervised release. She has maintained steady employment and even received a promotion. The defendant says that her arrest saved her life. The government and Probation have informed the Court that they do not oppose her request for early termination of supervised release.

After carefully considering the requirements of the statute, the Court finds that the relevant portions of 18 U.S.C. § 3553(a) support early termination of the defendant's supervised release. In support of this determination, the Court notes that the defendant has completed more than half of her term of supervised release, that the defendant has been taking steps to improve her prospects for the future, and that she has been compliant with terms of release.

In sum, the Court "is satisfied that [early termination] is warranted by the conduct of the defendant released and the interest of justice," 18 U.S.C. § 3583(e)(1), and hereby

**GRANTS** the defendant's motion [Doc. 1687].  The defendant's supervised release is hereby **TERMINATED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE
